JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 2:23-cv-07915-JLS-MAA　　　　　　　　　　　Date: November 08, 2023
Title: Mark Lee Scripter v. Select Portfolio Servicing, Inc. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Gabby Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER REMANDING CASE TO STATE COURT**

　　　The Court issued an order to show cause why this case should not be remanded to state court for lack of subject-matter jurisdiction because it is a legal certainty that the amount in controversy is less than $75,000.  (OSC, Doc. 23.)  Defendant timely responded that it "believes that the District Court's analysis in its [OSC] is correct." (Response, Doc. 25.)  Therefore, the Court REMANDS this case to the Superior Court of the State of California for the County of Ventura, Case No. 2023CUBT012708.

　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: gga